|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | PETER K. THOMPSON (HI 5890) |
|   | Acting Regional Chief Counsel |
| 3 | MARGARET LEHRKIND, CSBN 314717 |
|   | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
|   |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
|   |     Telephone: (510) 970-4829 |
| 6 |     Facsimile: (415) 744-0134 |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANDRA COSTA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:20-cv-01524-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between Sandra Costa (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for an extension on her Response to Plaintiff's Opening Brief. The current due date is January 6, 2022. The new date will be March 7, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation and 24 responsive briefs due in the next 60 days including two Ninth Circuit answering briefs. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant's counsel is also covering a colleague's workload who is out on long-term family leave. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: December 20, 2021             */s/ Megan Elizabeth Ruble*
                                    MEGAN ELIZABETH RUBLE
                                    Attorney for Plaintiff
                                    (as approved via email)

                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

DATE: December 20, 2021     By      *s/ Margaret Lehrkind*
                                    MARGARET LEHRKIND
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the parties' stipulation (ECF No. 15), IT IS HEREBY ORDERED that Defendant shall file a Responsive Brief by March 7, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: **December 21, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3