PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CASB 314717)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| SANDRA COSTA,<br><br>         Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | )  CIVIL NO. 1:20-cv-01524-EPG<br>)<br>)  **ORDER RE: STIPULATION TO**<br>)  **VOLUNTARY REMAND PURSUANT**<br>)  **TO SENTENCE FOUR OF 42 U.S.C. §**<br>)  **405(g)**<br>)<br>)  (ECF No. 17)<br>)<br>) |

        IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo

Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

counsel of record, that the above-entitled action shall be remanded to the Commissioner of

Social Security for further administrative proceedings.

        On remand, the Appeals Council will direct the Administrative Law Judge to: reevaluate

Plaintiff's residual functional capacity; re-evaluate the medical opinions and prior administrative

medical findings; obtain vocational expert testimony to assist in determining whether there are jobs

that exist in significant numbers in the national economy Plaintiff can perform with her residual

functional capacity, resolve any conflicts between the expert's testimony and the Dictionary of

1   Occupational Titles; take any action necessary to complete the administrative file; offer Plaintiff an

2   opportunity for a hearing; and issue a new decision. The parties further request that the Court

3   direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

4   Defendant, reversing the final decision of the Commissioner.

5           This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

6   Social Security Act, 42 U.S.C. 405(g).

7           Respectfully submitted this 28th day of February 2022.

8

9   Dated:  February 28, 2022                    */s/ Megan Elizabeth Ruble*
                                                 MEGAN ELIZABETH RUBLE
10                                               Attorney for Plaintiff

11

12  Dated:  February 28, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney
13                                               PETER K. THOMPSON
                                                 Acting Regional Chief Counsel, Region IX
14                                               Social Security Administration
15

16                                   By:    */s/ Margaret Lehrkind*
                                                 MARGARET LEHRKIND
17                                               Special Assistant United States Attorney

18                                               Attorneys for Defendant
19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 1:20-cv-01524-EPG

1

2

## **<u>ORDER</u>**

3        Based upon the parties' stipulation (ECF No. 17), IT IS HEREBY ORDERED that the

4 above-captioned action is remanded to the Commissioner of Social Security for further

5 proceedings consistent with the terms of the stipulation. The Clerk of Court is directed to enter

6 judgment in favor of Plaintiff and against Defendant.

7 IT IS SO ORDERED.

8

9        Dated:   **March 1, 2022**                    /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 1:20-cv-01524-EPG